

# BARCLAY DAMON LLP

**Margaret M. Surowka**
*Partner*

October 7, 2025

Honorable Jessica G.L. Clarke
U.S. District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Application GRANTED. IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for December 22, 2025, at 10:00 a.m., is RESCHEDULED for December 10, 2025, at 12:00 p.m. The conference will still be held remotely via Microsoft Teams. The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 6, shall be filed by December 3, 2025. SO ORDERED.
>
> Dated: October 8, 2025
>         New York, New York
>
> *Jessica Clarke*
> JESSICA G. L. CLARKE
> United States District Judge

Re: Emerson Phiri v. Anderson Center for Autism, Patrick D. Paul, et al.
    25-CV-5814 (JGLC)

Dear Judge Clarke:

We are counsel to Defendants Anderson Center for Autism and Patrick D. Paul. We appeared and filed our Answer to the Complaint on September 22, 2025. We have reviewed the docket and saw the Notice of Initial Pretrail Conference setting December 22, 2025 at 10:00 for the conference with the Court via Microsoft Teams.

We respectfully request an adjournment of the Initial Pretrail Conference as counsel will be out of the country and traveling and unable to join remotely.

Very truly yours,

Margaret M. Surowka

MMS:nlm

cc:   (via electronic filing)
      Thomas H. Andrykovitz, Esq.
      Law Offices of Thomas H. Andrykovitz, P.C.
      260 Madison Avenue, 15th Floor
      New York, New York 10016

80 State Street - Albany, New York 12207 barclaydamon.com
msurowka@barclaydamon.com  Direct: (518) 429-4295  Fax: (518) 533-2936

32449809.1