UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMERSON PHIRI,

                    Plaintiff,

          -against-

ANDERSON CENTER FOR AUTISM, et al.,

                    Defendants.

25-CV-5814 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

At the initial pretrial conference held on December 10, 2025, the parties agreed to submit a joint ESI protocol and proposed protective order by January 9, 2026. Should the parties still wish to submit those filings, they must do so no later than January 31, 2026.

Dated: January 21, 2026
          New York, New York

                                        SO ORDERED.

                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge