UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMERSON PHIRI,

Plaintiff,

-against-

ANDERSON CENTER FOR AUTISM, et al.,

Defendants.

25-CV-5814 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court today held a case management conference with counsel for Plaintiff and Defendants. As discussed at the conference, the parties are DIRECTED to file a Proposed Amended Case Management Plan and Scheduling Order no later than September 23, 2026. The parties shall use the form Proposed Case Management Plan and Scheduling Order available on the Court's website.

The Court also discussed with the parties the disputes referenced in ECF No. 28. The parties shall continue to confer about the location of Plaintiff's deposition, and Defendants shall produce the documents regarding relevant comparators, as discussed.

Dated: September 16, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge